UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MarketVision Consulting Group, LLC, | Civil File No. 09-2930 (PAM/JSM) |
| Plaintiff, | |
| v. | |
| Natural Health Trends Corp. and Market Vision Communications Corp., | |
| Defendants. | |

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff MarketVision Consulting Group, LLC, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. Does party have a parent corporation?

    (__)  Yes            (_X_)  No

    If yes, the parent corporation is _____.

2. Is 10% or more of the stock of party owned by a publicly held corporation?

    (__)  Yes            (_X_)  No

    If yes, identify all such owners:

Respectfully submitted,

Dated: November 2, 2009

s/ Richard D. Snyder
Richard D. Snyder (#191292)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Phone: (612) 492-7000
Fax: (612) 492-7077

**ATTORNEYS FOR PLAINTIFF**

4638588/1