UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MarketVision Consulting Group, LLC, | Civil File No. 09-2930 (PAM/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Natural Health Trends Corp. and Market Vision Communications Corp., | |
| Defendants. | |

---

I hereby certify that on November 2, 2009, I caused the following document:

*Plaintiff's Corporate Disclosure Statement*

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-mail notice of electronic filing to the following:

*None.*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

*Gary C. Wallace*
*General Counsel*
*National Health Trends Corp.*
*2050 Diplomat Drive*
*Dallas, TX 75234*

Dated: November 2, 2009      s/ Richard D. Snyder
         Richard D. Snyder (#191292)
         **FREDRIKSON & BYRON, P.A.**
         200 South Sixth Street, Suite 4000
         Minneapolis, MN 55402-1425
         Phone: (612) 492-7000
         Fax: (612) 492-7077

         **ATTORNEYS FOR PLAINTIFF**

4643244_1.DOC