UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MarketVision Consulting Group, LLC                    Civil 09-2930 (PAM/JSM)

              Plaintiff,

v.

Natural Health Trends Corp., et al.

              Defendants.

-----------------------------------------------------------------------------------------------------

**ORDER OF RECUSAL AND DIRECTION TO THE
CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008 the above captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master list for the undersigned.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: November __4__, 2009

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson, Judge
                                                           United States District Court