## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MarketVision Consulting Group, LLC, | ) | |
| | ) | Civil No. 09-CV-2930 |
| Plaintiff, | ) | (ADM/JSM) |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Natural Health Trends Corp. and | ) | |
| Market Vision Communications Corp. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pursuant to the Joint Stipulation To Extend Time To Answer or Otherwise

Plead (Dkt. 6), it is hereby ORDERED that Defendants shall have until the earlier

of:

• December 16, 2009, or

• seven (7) days after Plaintiff has provided written notice to Defendants

that a settlement has not been reached (but in no event later than December 16,

2009);

to Answer or otherwise plead to the Complaint in this action.

Dated:  November 18, 2009          *s/ Janie S. Mayeron*
                                   Magistrate Judge Janie S. Mayeron