**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MarketVision Consulting Group, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | Civil No. 09-CV-02930 |
| v. | ) | (ADM/JSM) |
| | ) | |
| | ) | |
| Natural Health Trends Corp. and | ) | |
| Market Vision Communications Corp. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**
_____

Defendants Natural Health Trends Corp. and Market Vision

Communications Corp. make the following disclosures pursuant to Federal Rule

of Civil Procedure 7.1:

Defendant Natural Health Trends Corporation does not have a parent

corporation.  There is no publicly held corporation that owns more than 10% of

defendant Natural Health Trends Corporation's stock.

Defendant Market Vision Communications Corporation was merged into

defendant Natural Health Trends Corporation in March of 2009 and no longer

exists.

Respectfully submitted,

2

Dated:  December 15, 2009

s/ Niall A. MacLeod

Niall A. MacLeod (#0269281)
Nicholas S. Boebel (#030217X)
Aaron A. Myers (#0311959)
**MYERS, BOEBEL & MACLEOD L.L.P.**
5001 Chowen Ave. S.
Suite 2000
Minneapolis, MN 55410
Phone: (612) 435-8640
Fax: (952) 400-5695
**Attorneys for Defendants**