# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MarketVision Consulting Group, LLC, | |
| Plaintiff, | Civil No. 09-CV-2930 (ADM/JSM) |
| v. | |
| Natural Health Trends Corp. and Market Vision Communications Corp. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I do hereby certify that on December 15, 2009, I caused the following document:

**Defendants' Corporate Disclosure Statement**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard D. Snyder (#191292)
200 South Fifth Street
Suite 4000
Minneapolis, MN 55402
rsnyder@fredlaw.com
**Attorneys for Plaintiff**

                                    **MYERS, BOEBEL & MACLEOD L.L.P.**

Dated:  December 15, 2009      s/ Niall A. MacLeod
                                    **Niall A. MacLeod (#0269281)**
                                    **Nicholas S. Boebel (#030217X)**
                                    **Aaron A. Myers (#0311959)**
                                    5001 Chowen Ave. S.
                                    Suite 2000
                                    Minneapolis, MN 55410
                                    (612) 435-8640

                                    **Attorneys for Defendants**