## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MarketVision Consulting Group, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | Civil No. 09-CV-02930 |
| v. | ) | (ADM/JSM) |
| | ) | |
| | ) | |
| Natural Health Trends Corp. and | ) | |
| Market Vision Communications Corp. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Natural Health Trends Corp. and Market Vision Communications Corp. ("Natural Health Trends") respectfully move to dismiss Plaintiff MarketVision Consulting Group, LLC's Complaint. Specifically, Defendants move to dismiss the Complaint under Fed.R.Civ.P. 12(b)(1), 12(b)(3), and 12(b)(6). Natural Health Trends alternatively moves to transfer this Action to the District of Delaware under 28 U.S.C. § 1404(a).

Natural Health Trends' motion is based upon this Motion, its Memorandum in Support of this Motion and accompanying Declaration(s) and exhibits (to be filed in a time and manner prescribed by Local Rule 7.1(b)), and on the file, record, and proceedings herein.

                          **MYERS, BOEBEL & MACLEOD L.L.P.**

Dated:  December 16, 2009        s/ Niall A. MacLeod
                                       Niall A. MacLeod (#0269281)
                                       Nicholas S. Boebel (#030217X)
                                       Aaron A. Myers (#0311959)
                                       5001 Chowen Ave. S.
                                       Suite 2000
                                       Minneapolis, MN 55410
                                       Phone: (612) 435-8640
                                       Fax: (952) 400-5695
                                       **Attorneys for Defendants**