# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MarketVision Consulting Group, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | Civil No. 09-CV-02930 |
| v. | ) | (ADM/JSM) |
| | ) | |
| | ) | |
| Natural Health Trends Corp. and | ) | |
| Market Vision Communications Corp. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that on February 12, 2010, at 9:00 a.m., in Courtroom 13W in the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, before the Honorable Ann D. Montgomery, Defendants Natural Health Trends Corp. and Market Vision Communications Corp. will respectfully move to dismiss Plaintiff MarketVision Consulting Group, LLC's Complaint, in accordance with the instant Motion to Dismiss Plaintiff's Complaint.

MYERS, BOEBEL & MACLEOD L.L.P.

Dated:  December 16, 2009          s/ Niall A. MacLeod
                                   Niall A. MacLeod (#0269281)
                                   Nicholas S. Boebel (#030217X)

Aaron A. Myers (#0311959)
5001 Chowen Ave. S.
Suite 2000
Minneapolis, MN 55410
Phone: (612) 435-8640
Fax: (952) 400-5695
**Attorneys for Defendants**