UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MarketVision Consulting Group, LLC, | ) | Civil No. 09-CV-2930 |
| | ) | (ADM/JSM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION** |
| | ) | **FOR DISMISSAL OF** |
| Natural Health Trends Corp. and | ) | **ACTION WITH** |
| Market Vision Communications Corp. | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this Action, by their respective attorneys, that, the parties having resolved the claims via settlement, this Action shall be and is hereby dismissed with prejudice, with each Party to bear its own costs, expenses and attorney's fees.

The Parties request that the Court dismiss this case with prejudice.

IT IS SO STIPULATED.

**FREDRIKSON & BYRON, P.A.**

Dated: January 11, 2010

 s/ Richard D. Snyder
Richard D. Snyder (#191292)
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
Phone: (612) 492-7000
Fax: (612) 492-7077
**Attorneys for Plaintiff**

2

         **MYERS, BOEBEL & MACLEOD L.L.P.**

| | |
|---|---|
| Dated:  January 8, 2010 | s/ Niall A. MacLeod |
| | Niall A. MacLeod (#0269281) |
| | Nicholas S. Boebel (#030217X) |
| | Aaron A. Myers (#0311959) |
| | 5001 Chowen Ave. S. |
| | Suite 2000 |
| | Minneapolis, MN 55410 |
| | Phone: (612) 435-8640 |
| | Fax: (952) 400-5695 |
| | **Attorneys for Defendants** |

4676071_1.DOC